

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00248-CV

**IN THE INTEREST OF A.M.M.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01040
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent.

SIGNED October 29, 2014.

_Karen Angelini_
Karen Angelini, Justice